IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANET GALUSHA, as Personal Representative for the Estate of Douglas Campbell McLean and as Trustee for the Douglas Campbell McLean Revocable Living Trust,<br><br>          Plaintiffs,<br>v.<br><br>VAN CAMP & DEISSNER, a Washington Entity of unknown character, DUSTIN D. DEISSNER, individually, W. RUSSELL VAN CAMP, individually, DEISSNER LAW FIRM, P.L.L.C., a Washington Professional Limited Liability Company, WALTER R. VAN CAMP, P.L.L.C., a Washington Professional Limited Liability Company, & REESE E. TULK, an individual,<br><br>          Defendants. | Case No. CV-08-171-N-BLW<br><br>JUDGMENT |

      This matter having come before mediation, and pursuant to the Mediated Settlement Agreement entered into on May 29, 2008, and for good cause shown:

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

      1.      Plaintiffs have judgment against Defendant Russell Van Camp in the

      amount of $32,500.00.

2.      Such judgment shall bear no interest, until November 30, 2008.

Additionally, this case is hereby ordered closed.

                                      DATED:  **June 18, 2008**

                                      B. LYNN WINMILL
                                      Chief Judge
                                      United States District Court